887 A.2d 1237

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**James Martin MUDD, III, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 29, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of November, 2005, the Petition for Allowance of Appeal is hereby granted, limited to the following issue:

· Whether Petitioner was subjected to an unreasonable search and seizure in violation of the 4th Amendment and

Article I, Section 8 of the Pennsylvania Constitution when he was required to submit to a blood test instead of a less intrusive breath or urine test under 75 Pa.C.S. § 1547.